# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARLOS URBINA,<br><br>             Plaintiff<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AND JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>             Defendants | C.A. No. 12-840M |

## MOTION OF DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND JPMORGAN CHASE BANK, N.A. TO DISMISS

Now come Mortgage Electronic Registration Systems, Inc. and JPMorgan Chase Bank, N.A. ("Defendants") and respectfully move to dismiss the Complaint filed in this action.

The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
>
> By Their Attorneys,
>
> PARTRIDGE SNOW & HAHN LLP
>
> /s/ Charles A. Lovell (#4004)
> 180 South Main Street
> Providence, RI 02903
> (401) 861-8200
> (401) 861-8210 FAX
> cal@psh.com

DATED:  July 25, 2013

## CERTIFICATE OF SERVICE

        I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2013.
.

                                                            /s/ Charles A. Lovell

1873272_1/4773-584